CV-S-00-0410



CV-S-00-0410-0001



03/31/2000



*A / /



CV-S-00-0410



CV-S-00-0410-0001



03/31/2000



MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
(702) 870-8700
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHARON KAY DOWNS nee SIMON,    CV-S-00-0410-JBR-RJJ

    Plaintiff,

vs.

BANK OF AMERICA N.T. & S.A.,   )
d/b/a NATIONS BANK,            )
                               )
    Defendant.                  )
_____)   SIX PERSON JURY DEMANDED

## COMPLAINT

### JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant Bank of America N.T. & S.A., d/b/a Nations Bank (BOA), is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

5. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

6. The debt underlying this action was incurred by Plaintiff's former spouse during or before 1990. Plaintiff was a co-signatory on that account.

7. Plaintiff's former spouse became a drug user and was consequently divorced by Plaintiff. Despite the divorce, Plaintiff's credit was completely undermined by her former spouse's financial irresponsibility.

8. In 1998 Plaintiff set out to restore her credit. A copy of Plaintiff's Equifax Credit Report, dated January 28, 1998, is attached as Exhibit 1. Exhibit 1 reflects a collection account assigned by the Defendant. Plaintiff disputed the account directly with both Equifax and Defendant imparting that the subject account was more than 7 years old.

LAW OFFICES
MITCHELL D. GLINER
3017 W Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

9. The Defendant's account was deleted as a result of the dispute. Plaintiff's Equifax Credit Report, dated May 8, 1998, is attached as Exhibit 2 and reflects the deletion.

10. Plaintiff reviewed her credit two years later as a pre-cursor to applying for new employment. A copy of the relevant portion of Plaintiff's Equifax Credit Report, dated January 26, 2000, is attached as Exhibit 3.

11. Exhibit 3 reflects a rehabilitated credit history but for the underlying account reassigned to collection with NCO Financial Services, Inc. (NCO).

12. A copy of the relevant portion of the discovery relating to Plaintiff's FDCPA suit against NCO is attached as Exhibit 4. Exhibit 4 reflects that the account assigned to NCO was the same one previously deleted subsequent to dispute with both Equifax and Defendant.

13. A copy of Plaintiff's dispute to Experian, dated March 1, 2000, detailing the compromise of Plaintiff's Experian Report is attached as Exhibit 5.

14. Defendant failed to investigate Plaintiff's dispute in accordance with FCRA § 1681i. A furnisher of information cannot simply re-verify. ". . . In a reinvestigation of the accuracy of credit reports, a [furnisher of information] must bear some responsibility for evaluating the accuracy of information obtained . . . ." Stevenson v. TRW, INC., 987 F.2d 288, 293 (5th Cir. 1993).

. . .

. . .

3

STATEMENT OF CLAIM AS AGAINST DEFENDANT

22. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a) actual damages in the amount of $100,000;
    b) punitive damages in the amount of $100,000;
    c) attorney's fees; and
    d) costs.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W Charleston Blvd
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

**EXHIBITS**

```
Please  dress all       EQUIFAX CREDIT INFORMATION SERVICES
corres,  ence to .   address ♦  P O BOX 740256
                                ATLANTA, GA 30374

                                (800)270-3435
```

SHARON K SIMON                              DATE 01/28/98
618 S B ST                                  SOCIAL SECURITY NUMBER
LAKE WORTH FL 33460                         DATE OF BIRTH 05/01/46

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MIDLAND MORTGAGE REAL ESTATE MORTGAGE FHA MORTGAGE | 3/91 Levitz dropped off | I | 07/86 | 26 | 12/97 | 69K | 681 | 60K not billed 11/11 deleted 7 years | | I1 | 12/97 |
| WEST CAPITAL c/o/g of DECAF LEV- >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(04) COLLECTION ACCOUNT | | I | | 05 | 07/92 | 939 | | 939 | 939 | 05 | 12/97 |
| J C PENNEY deleted 7 years >>> PRIOR PAYING HISTORY - 30(01)60(01)90+(02) | | I | 06/89 | | 05/91 | 257 | | 257 | 257 | R9 | 12/97 |
| BANC ONE >>> PRIOR PAYING HISTORY - 30(01)60(00)90+(04) CHARGED OFF ACCOUNT deleted 7 years ACCOUNT CLOSED BY CREDIT GRANTOR | | C | 11/87 | | 10/91 | 2400 | | 2871 | 2K+ | R9 | 08/97 |
| MACY'S CALIFORNIA >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(02) CHARGED OFF ACCOUNT ACCOUNT CLOSED BY CREDIT GRANTOR | not possible settlement 2-16-98 | (J) | 10/84 | | 03/96 | 238 | 239 | 239 | 239 | I9 | 11/96 |
| MACY'S CALIFORNIA >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(01) CHARGED OFF ACCOUNT ACCOUNT CLOSED BY CREDIT GRANTOR | not possible | (J) | 10/84 | | 03/96 | 854 | 239 | 239 | 239 | R9 | 11/96 |
| MACY'S SOUTH CHARGED OFF ACCOUNT ACCOUNT CLOSED BY CREDIT GRANTOR | account that's without C PAID 6-19-98 | | 07/89 | | 01/92 | 0 | 21 | 21 | (21) | R9 | 08/96 |
| BARNETT BANK LOAN AUTO | | | 12/88 | 06 | 10/94 | 18K | 303 | 0 | | I1 | 10/94 |
| AMERICAN EXPRESS CHARGED OFF ACCOUNT deleted 7 years | | | 09/88 | 04 | 06/91 | 3010 | | 3010 | 3K+ | 09 | 11/93 |
| LORD & TAYLOR >>> PRIOR PAYING HISTORY - 30(00)60(01)90+(03) 08/91-05,07/91-05,06/91-04 CHARGED OFF ACCOUNT | | I | 09/87 | | 09/91 | 472 | | 0 | | 09 | 09/93 |
| CHASE NA >>> PRIOR PAYING HISTORY - 30(01)60(01)90+(03) 12/91-R5,11/91-R5,10/91-R4 CHARGED OFF ACCOUNT CLOSED ACCOUNT | Performance Capital settlement 9-16-98 | (J) | 05/88 | | 12/91 | 800 | 160 | 950 | 950 | R9 | 07/92 |

>>> COLLECTION REPORTED 10/94: ASSIGNED 08/94 TO ECC MANAGEMENT SERVI (215)265-8900
CLIENT-NATIONS BANK CA: AMOUNT-$2193: UNPAID    ; BALANCE-$2193
DATE OF LAST ACTIVITY 08/94:   ACCOUNT NUMBER 842218   No such Bal on account
1513-792-7270 maybe Nations Bank  cleark effier credit reports
>>>>>>>>>    COLLECTION AGENCY TELEPHONE NUMBER(S)
#903465162   philly
ECC MANAGEMENT SERVI (215)265-8900    This was disputed AND removed
475 Allendale Rd.
King of Prussia, PA 19406

*********  ADDITIONAL INFORMATION  **********

FORMER/OTHER ADDRESS 4415 ROARK, LAS VEGAS, NV, 89124

LAST REPORTED EMPL - JC PENNEY

FORMER EMPLOYMENT - BARTENDER, J W LOUNGE

**********  COMPANIES THAT REQUESTED YOUR CREDIT HISTORY  **********

01/28/98 EQUIFAX - DISCLOSURE       01/21/98 AFFIRMATIVE RESEARCH
12/01/97 PRM SPECIAL FINANCE        11/05/97 RECEIVABLE SPECIALIS
09/05/97 PRM FIRST DEPOSIT/CG MAR   07/22/97 AR  ASSOCIATES FIN CREDI
07/16/97 AR 16188052644             07/15/97 PRM FIRST DEPOSIT/CG MAR
05/17/97 PRM FIRST DEPOSIT/CG MAR   04/23/97 RECEIVABLE SPECIALIS
03/14/97 PRM CAPITAL ONE            03/01/97 PRM SPECIAL FINANCE
12/02/96 WEST CAPITAL FINANCI       11/14/96 FK WEST CAPITAL FINANCI
11/07/96 FK WEST CAPITAL FINANCI    11/01/96 FK COMMERCIAL FINANCIAL
10/14/96 WEST CAPITAL FINANCI       09/10/96 VFS, INC
08/05/96 ERMS-NORTH AUGUSTA-4       05/17/96 WEST CAPITAL FINANCI

Conformation No. 8034108862 for dispute

THV-RESTART 00000                              COMPLETE PAGE 1 OF 1

FORM ENC32

EXHIBIT 1

**EQUIFAX**

Please address all future
correspondence to
Equifax Credit Information Services
P. O. Box 105518
Atlanta, GA 30348
1(800) 440-5059

# CREDIT FILE

## Personal Identification Information

May 8, 1998

Sharon K Downs
6325 Shawnee Av
Las Vegas, NV 89107

Social Security #:
Date of Birth: May 5th, 1946

Previous Address(es):
618 S B St, Lake Worth, FL 33460
4415 Roark, Las Vegas, NV 89124

Formerly Known As: Sharon K Simon

Last Reported Employment: JC Penney
Previous Employment(s): Bartender, J W Lounge

## Credit Account Information

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| American Express<br>CHARGED OFF ACCOUNT | | I | 09/89 | 4 | 09/91 | $3010 | | $3010 | $3010 | 09 | 11/93 |
| Banc One<br>CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR | | I | 11/87 | | 10/91 | $2400 | | $2871 | $2871 | R9 | 08/97 |
| Barnett N RGN Loan 0<br>AUTO | | J | 12/89 | 58 | 10/94 | $18215 | 303 | $0 | | I1 | 10/94 |
| Burdines<br>ACCOUNT CLOSED BY CREDIT GRANTOR<br>CHARGE | | U | 09/87 | | 03/98 | $0 | | $0 | | R1 | 03/98 |
| Capital One<br>CREDIT CARD | | I | 01/98 | 1 | 03/98 | $100 | 10 | $65 | | R1 | 03/98 |
| Chase Na | | J | 05/88 | | 12/91 | $800 | 160 | $950 | $950 | R9 | 07/92 |
| Previous Payment History: 1 Time 60 days late; 3 Times 90+ days late<br>Previous Status: 12/91 - R5; 11/91 - R5; 10/91 - R4<br>CHARGED OFF ACCOUNT<br>CLOSED ACCOUNT | | | | | | | | | | | |
| Levitz/Cecap<br>ACCOUNT TRANSFERRED OR SOLD | | I | 11/86 | | 11/91 | $939 | | $0 | | R | 02/98 |
| Lord & Taylor<br>CHARGED OFF ACCOUNT | | I | 09/87 | | 09/91 | $472 | | $0 | | 09 | 09/93 |

EXHIBIT 2
(Continued on reverse)
Page 1 of 2

810617988-Y32-000040170-1571

## Credit Account Information - Continued

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Macy's California | | J | 10/84 | | 03/96 | $238 | 239 | $238 | $238 | I9 | 04/98 |
| Previous Payment History: 2 Times 90 + days late | | | | | | | | | | | |
| Previous Status: 10/96 - I5; 09/96 - I5 | | | | | | | | | | | |
| CHARGED OFF ACCOUNT | | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |
| Macy's California | | J | 10/84 | | 03/96 | $854 | 239 | $239 | $239 | R9 | 03/98 |
| Previous Payment History: 1 Time 90 + days late | | | | | | | | | | | |
| Previous Status: 10/96 - R5 | | | | | | | | | | | |
| CHARGED OFF ACCOUNT | | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |
| Macy's South | | I | 07/89 | | 01/92 | $0 | 21 | $0 | $0 | R9 | 03/98 |
| CHARGED OFF ACCOUNT | | | | | | | | | | | |
| ACCOUNT CLOSED BY CREDIT GRANTOR | | | | | | | | | | | |
| Midland Mortgage | | I | 07/86 | 31 | 03/98 | $68920 | 681 | $59472 | | I1 | 03/98 |
| REAL ESTATE MORTGAGE | | | | | | | | | | | |
| FHA MORTGAGE | | | | | | | | | | | |

## Companies that Requested your Credit File

| | |
|---|---|
| 05/08/98 Equifax - Update | 04/21/98 Sprint |
| 04/16/98 Equifax - Disclosure / ACIS 810617988 | 03/07/98 Equifax - Update |
| 03/04/98 Equifax - Update | 02/11/98 Equifax - Disclosure / ACIS 804206398 |
| 02/03/98 Equifax - Disclosure / ACIS 803408862 | 01/28/98 Equifax - Disclosure |
| 01/21/98 Affirmative Research Unlimite | 12/01/97 PRM-Creative Auto Finance |
| 11/03/97 Receivable Specialist Inc | 09/05/97 PRM-First Deposit/Cg Marketin |
| 07/22/97 AR-Associates Fin Credit Card | 07/16/97 AR-Associates Fin Credit Card |
| 07/15/97 PRM-First Deposit/Cg Marketin | 05/17/97 PRM-First Deposit/Cg Marketin |
| 04/23/97 Receivable Specialist Inc | 12/02/96 West Capital Financial Servic |
| 11/14/96 FK-West Capital Financial Ser / WSTCPTFNCL | 11/07/96 FK-West Capital Financial Ser / WSTCPTFNCL |
| 11/01/96 FK-Commercial Financial / COMCL FINC | 10/14/96 West Capital Financial Servic |
| 09/10/96 VFS, Inc | 08/05/96 ERM Atl Med-Nagars |
| 05/17/96 West Capital Financial Servic | |

- End of Credit File -

*Please address future*    EQUIFAX CREDIT INFORMATION SERVICE
*correspondence to this address*    P O BOX 740256
ATLANTA, GA 30374

(800)405-0081

SHARON KAY DOWNS
6325 SHAWNEE AV
LAS VEGAS NV 89107

DATE 01/26/00
SOCIAL SECURITY NUMBER

TELEPHONE (702) 878-4829

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FLEET REAL ESTATE FU. REAL ESTATE MORTGAGE | | I | 10/98 | 14 | 12/99 | 62K | 648 | 59K | | I1 | 12/99 |
| FLEET REAL ESTATE FU REAL ESTATE MORTGAGE FHA MORTGAGE | | J | 10/98 | 14 | 12/99 | 76K | 587 | 75K | | I1 | 12/99 |
| NETWORK FEDERAL CRED CONSUMER CREDIT COUNSELING | | I | 08/99 | 03 | 12/99 | 18K | 264 | 17K | | I1 | 12/99 |
| NETWORK FEDERAL CRED PAID ACCOUNT/ZERO BALANCE | | I | 11/98 | 12 | 07/99 | 14K | 245 | 0 | | I1 | 12/99 |
| MACY'S EAST/GECCCC ACCOUNT CLOSED BY CONSUMER CHARGE | | I | 07/89 | 09 | 07/98 | 0 | | 0 | | R1 | 12/99 |
| BURDINES/FDSNB ACCOUNT CLOSED BY CREDIT GRANTOR CHARGE | | U | 09/87 | 03 | | 0 | | 0 | | R1 | 12/99 |
| RNB-MERVYNS CHARGE | | I | 02/99 | 03 | 05/99 | 286 | 15 | | | R1 | 06/99 |
| FIRST SECURITY BANK PAID ACCOUNT/ZERO BALANCE AUTO | | I | 11/98 | | 12/98 | 13K | 253 | 0 | | I0 | 12/98 |
| MIDLAND MORTGAGE PAID ACCOUNT/ZERO BALANCE REAL ESTATE MORTGAGE | | I | 07/86 | 38 | 08/98 | 69K | 678 | 0 | | I1 | 10/98 |
| MACY'S WEST/GECCCC >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(02)10/96-I5,09/96-I5 <<< SETTLEMENT ACCEPTED ON THIS ACCOUNT ACCOUNT CLOSED BY CREDIT GRANTOR. | | J | 10/84 | | 03/96 | 0 | 119 | 0 | | I9 | 07/98 |
| MACY'S WEST/GECCCC >>> PRIOR PAYING HISTORY - 30(00)60(00)90+(01)10/96-R5 <<< PAID CHARGE OFF | | J | 10/84 | | 03/96 | 854 | 239 | 0 | | R9 | 05/98 |
| BARNETT N RGN LOAN O AUTO | | J | 12/89 | 58 | 10/94 | 18K | 303 | 0 | | I1 | 10/94 |

>>> COLLECTION REPORTED 09/99; ASSIGNED 06/99 TO NCO GROUP (800)266-5613
CLIENT-NCO GREAT TRUST; AMOUNT-$3160; UNPAID ; BALANCE-$4318
DATE OF LAST ACTIVITY 06/95; INDIVIDUAL; ACCOUNT NUMBER 8388
CONSUMER DISPUTES-REINVESTIGATION IN PROCESS

>>>>>>>>>>>>   COLLECTION AGENCY TELEPHONE NUMBER(S)   <<<<<<<<<<<<

NCO GROUP        (800)266-5613

**********  ADDITIONAL INFORMATION  **********

FORMER/OTHER ADDRESS 618 S B. ST, LAKE WORTH, FL, 33460

FORMER/OTHER ADDRESS 4415 ROARK, LAS VEGAS, NV, 89124

FORMER NAME - SHARON K SIMON

LAST REPORTED EMPL - PALACE STATION

FORMER EMPLOYMENT - BARTENDER, J W LOUNGE

**********  COMPANIES THAT REQUESTED YOUR CREDIT HISTORY  **********

```
01/26/00 EQUIFAX - DISCLOSURE          01/12/00 ACIS 001210188 915AA00018
12/29/99 PRM DIRECT LENDING SOURC      12/26/99 EQUIFAX - DISCLOSURE
12/23/99 AR FLEET REAL ESTATE FU       10/16/99 PRM HOUSEHOLD FINANCE CO
09/30/99 PRM PROVIDIAN BANCORP         09/14/99 PRM HOUSEHOLD FINANCE CO
08/26/99 PRM PROVIDIAN BANCORP         08/05/99 AR   BASE SCORE PROJECT
07/12/99 PRM PROVIDIAN BANCORP         06/10/99 AR   FLEET REAL ESTATE FU
05/07/99 AR  CTM LLC                   04/23/99 PRM PROVIDIAN BANCORP
03/18/99 PRM PROVIDIAN BANCORP         02/22/99 PRM CAPITAL ONE
02/19/99 PRM PROVIDIAN BANCORP         02/09/99 AR  FLEET REAL ESTATE FU
02/02/99 AR  FEDERAL HOME LOAN MO      01/29/99 AR  FIRST SECURITY BANK
11/12/98 EQUIFAX - DISCLOSURE          11/07/98 BANK OF AMERICA
10/10/98 EQUIFAX - UPDATE              09/17/98 ACIS 826003599 915AA00018
```

G8G                                                          PAGE 1 OF 3

EXHIBIT 3

SANDRA E. JACKSON, ESQ.
Nevada Bar No. 7033
EARLEY SAVAGE
7251 West Lake Mead Blvd, Suite 550
Las Vegas, Nevada 89128
(702) 388-0113
Attorneys for
NCO FINANCIAL SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHARON KAY DOWNS,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a foreign corporation

    Defendant.

CV-S- 00 - 0163 - PMP -RLH

### DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

TO:   SHARON KAY DOWNS, Plaintiff; and

TO:   MITCHELL D. GLINER, ESQ., Plaintiff's attorney.

Pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, Defendant NCO FINANCIAL SYSTEMS, INC., hereby responds to Plaintiff's FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS:

**INTERROGATORY NO. 1:** Please state the name, work and home addresses and telephone numbers, and position of the person responding hereto.

**RESPONSE TO INTERROGATORY NO. 1:** Steven Leckerman, Chief Operating Officer, c/o NCO Financial Systems, Inc., 515 Pennsylvania Avenue, Ft. Washington, (716) 691-5400.

**INTERROGATORY NO. 2:** State the name, current work and home addresses and telephone numbers, and position of each person consulted by you, and identify each document referred to by you in the preparation of your Answers to these Interrogatories.

**ANSWER TO INTERROGATORY NO. 2:** OBJECTION to the extent that this response

EXHIBIT 4

1  involves attorney client privilege or other protected matters. Without waiving such objection, the
2  party identified in the preceding interrogatory has reviewed the collection file in this matter.
3  **INTERROGATORY NO. 3:** State your full name, your business purpose and your form of
4  business organization (e.g. corporation, partnership, sole proprietorship, etc.) Your current net worth
5  and your gross receipts for past three years.
6  **ANSWER TO INTERROGATORY NO. 3:** The defendant's name is NCO FINANCIAL
7  SYSTEMS, INC., its form of business organization is a corporation, and it is a collection agency.
8  OBJECTION as to request for past three years gross receipts as proprietary, overbroad, burdensome
9  and irrelevant as past earnings cannot reasonably lead to relevant information on the issue of punitive
10 damages, the only issue for which plaintiff can conceivably be seeking such information.
11 OBJECTION as to request for net worth as such information is proprietary, overbroad, burdensome,
12 irrelevant. Such request is, additionally, premature because entitlement to punitive damages is an
13 issue of law and defendant anticipates filing a motion for summary judgment on this issue, the
14 determination of which will likely preclude any entitlement to such information. In the event that
15 disclosure of such information is required, defendant will be seeking a protective order prior thereto.
16 **INTERROGATORY NO. 4:** State whether there is any insurance agreement under which
17 any person carrying on an insurance business may be liable to satisfy part or all of the judgment
18 which may be entered in this action or to indemnify or reimburse for payments made to satisfy any
19 judgment which may be entered in this action, and identify all documents reflecting the existence of
20 such insurance agreement.
21 **ANSWER TO INTERROGATORY NO. 4:** Yes. Insurance declaration page.
22 **INTERROGATORY NO. 5:** Identify the persons or entities which are the creditor(s)
23 regarding any debts which you have attempted to collection from Plaintiff, identify all documents
24 related or relevant to your contractual agreement(s) or other business relationships with said person
25 or entities, identify each person who has had any contact or communication on your behalf with said
26 person or entities regarding Plaintiff or the debt underlying this action, state when, how, where, and
27 with whom said contact or communication occurred and in detail and with particularity the substance
28 thereof, and identify all documents relevant or related thereto.

2

1  **ANSWER TO INTERROGATORY NO. 5:** The debt originated at NationsBank, was sold
2  as part of a portfolio. It was thereafter held by Global Rated Eligible Asset Trust and serviced by
3  Commercial Financial Services, Inc. Upon institution of bankruptcy proceedings, In Re: Commercial
4  Financial Services, Inc., Case No. 98-05162-R and CF/SPC NGU, Inc., Case No. 98-05166-R, the
5  United States Bankruptcy Court, District of Oklahoma, approved NCO FINANCIAL SYSTEMS,
6  INC., to collect certain accounts, including the subject debt. See attached Revocable Power of
7  Attorney executed in furtherance thereof. Other documents relevant to the debt and the aforesaid
8  proceedings may be found in the office of the Clerk of the Bankruptcy Court.
9  **INTERROGATORY NO. 6:** Identify all documents related or relevant to any purported
10 debts owed by Plaintiff to you for the underlying creditor, and describe in detail and with particularity
11 each event, payment, contact or communication relevant or related to the collection by you of said
12 debts from Plaintiff.
13 **ANSWER TO INTERROGATORY NO. 6:** OBJECTION on the grounds that the
14 interrogatory is vague, ambiguous, overbroad, and vexatious. Additionally, discovery is continuing.
15 Without waving defendant's objection, see Power of Attorney, Fact Sheet and sample notification
16 letter attached hereto which was mailed to plaintiff prior to December 3, 1999. See also, letter to
17 plaintiff found as Exhibit 1 to the complaint, which was mailed to her on or about December 3, 1999.
18 Upon receipt of plaintiff's notice of dispute, NCO ran a magnetic tape by which it requested deletion.
19 No telephone calls were made to, or received from, plaintiff.
20 **INTERROGATORY NO. 7:** For each person who has had any involvement in any manner
21 in any efforts on your behalf to collect or attempt to collect any debt purportedly owing by Plaintiff,
22 state his/her name, any aliases used, position, home and work addresses and telephone numbers, and
23 the nature and purpose of his/her involvement, describe each action taken, the nature, contents and
24 subject matter of each discussion or conversation held, and the time, place and date of each such
25 action or conversation; and identify all documents relevant, related to or reflecting said involvement
26 of each such person.
27 **ANSWER TO INTERROGATORY NO. 7:** Company representatives include Carol Anton,
28 correspondence clerk, and Steven Leckerman, Sr., Chief Operating Officer. They may be found at

EARLEY SAVAGE
7251 West Lake Mead Blvd., Suite 550
Las Vegas, Nevada 89128
Telephone (702) 388-0113
Fax (702) 388-1713

3

March 1, 2000

**CERTIFIED MAIL
RETURN RECEIPT
REQUESTED**

EXPERIAN
ATTENTION: NCAC
P.O. Box 2104
Allen Texas   75002

    Re:   SHARON KAY DOWNS/CREDIT DISPUTE

Dear Sir:

    This letter is a dispute under FCRA § 1681i. I enclose page 2 of my Experian Report, dated February 17, 2000. I provide my required identifying information:

| | |
|---|---|
| **Name:** | Sharon Kay Downs |
| **Spouse's First Name:** | Richard M. Simon (former husband) |
| **Present Home Address:** | 6325 Shawnee Avenue Las Vegas, Nevada   89107 |
| **Previous Addresses:** (for last 5 years including Zip Codes) | 6325 Shawnee Avenue Las Vegas, Nevada   89107 |
| **Social Security Number:** | 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 |
| **Year of Birth:** | 1946 |

    The debt which NCO Financial Systems is attempting to collect is approximately 10 years old. I neither had nor used a credit card from May, 1991 - January 19, 1998. NCO has procured a time-barred debt and is attempting to collect the same by providing false data concerning its date of origin.

    Please delete this information. It has already been deleted from both my Equifax and Trans Union Credit Profiles.

                            Sincerely,

                            SHARON DOWNS

Enclosure

**EXHIBIT 5**

# experian

Prepared for
SHARON KAY DOWNS
Report number
2854173362

Report date
February 17, 2000
Questions?
Call 800 563-4020

## Information affecting your creditworthiness

Items listed with dashes before and after the number, for example --1--, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with your credit history, also may appear with your credit, some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Credit information about you

| Source/ Account number (except last few digits) | Date opened/ Reported since | Date of status/ Last reported | Type/ Terms/ Monthly payment | Responsibility | Credit limit or original amount/ High balance | Recent balance/ Recent payment | Comments |
|---|---|---|---|---|---|---|---|
| --1-- NCO FINANCIAL SYSTEMS IN 515 PENN AVE PHILADELPHIA PA 19144 ...8 | 6-1999/ 6-1995 | 6-1995/ 11-1999 | Installment/ NA/ $0 | Individual | $3,160/ NA | $4,315 as of 11-1999/ | Status: collection account. $4,315 past due as of 11-1999. Account history: Collection as of 11-1999, 6-1995 This account is scheduled to continue on record until 6-2002. |

Original creditor: NCO/GREAT TRUST